Ellen Duffy, by Guardian, etc., v. New York Contracting Company — Pennsylvania Terminal.— Motion denied, with ten dollars costs.

Myrtle M. Thompson v. Gimbel Brothers.— Motion granted.

Rudolph Heiser v. Cincinnati Abattoir Company.— Motion granted.

George Ehret, Jr., and Others v. George Ringler and Company and Others.— Motion granted, question certified as stated in order.

James Meadows and Others v. John S. Michel.— Motion for reargument denied; motion to appeal to Court of Appeals granted, question to be settled on settlement of order.  Order to be settled on notice.

In the Matter of the Application for the Designation of a Place for the Sales of Lands, etc., in The Bronx at Public Auction under Judgment or Order of the Court, etc.— The court will hear the parties interested in this question on July 6, 1911, at ten-thirty A. M.

Richard A. Springs v. Hanover National Bank.— Motion to resettle granted to extent stated in order.

Elizabeth Sulinski v. Joseph Sulinski.— Motion granted.

Donalena Hopkins v. Harry A. Hopkins.— Motion denied.

Richard A. Springs and Others v. Hanover National Bank.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.  See memorandum per curiam.

The People of the State of New York v. William Duffy.— Motion granted.  Order to be settled on notice.

Dana J. Bugbee v. William I. Overstreet, as Trustee, etc.  (No. 1.) — Motion denied.  Order to be settled on notice.

Dana J. Bugbee v. William I. Overstreet, as Trustee, etc.  (No. 2.) — Motion granted and appellant's time to file points extended to September 15, 1911.  Order to be settled on notice.

In the Matter of Engrey F. Norman v. The Board of Education.— Motion granted.  Order to be settled on notice.

In the Matter of the City of New York (In the Matter of Payment by the Chamberlain).— Motion granted, provision to be inserted in the order that the fund thus depleted shall be reimbursed when the surplus fund is returned to the city.  Order to be settled on notice,

In the Matter of Robert Kuehnert, an Attorney.— Motion granted. Order to be settled on notice.

In the Matter of Daniel O'Reilly, an Attorney.— Respondent disbarred. Order to be settled on notice.

In the Matter of Louis Goldberg, an Attorney.— Respondent disbarred. Order to be settled on notice.

In the Matter of Nathan B. Chadsey, an Attorney.— Motion denied, with leave to renew application after the six months have expired.  Order to be settled on notice.

Riverside Drive Apartments v. Albert La Blum.  Myrtle C. Heywood v. Henry L. Doherty.  Myrtle C. Heywood v. Henry L. Doherty.  New York Consolidated Card Company v. William J. Warren.  (2 cases.) Joseph Libman v. Montague D. Cohen and Others.  (2 cases.)  Paul R. G. Horst v. Oceanic Steam Navigation Company.  Charles L. Craig v. Howard C. Conkling.  Matt J. Ward v. Minnie E. Fritz.  (2 cases.)  Isaac